UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EVELYN BEGAYE, wife of Robert Begaye, KRAYLIN BEGAYE, KARNELL BEGAYE, HARRIS BEGAYE and SHONDEEN BEGAYE, the minor children of Robert Begaye, through their best friend Evelyn Begaye,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; THE UNITED STATES INDIAN HEALTH SERVICES; THE NAVAJO NATION; ALBERT HALE, President of The Navajo Nation; NAVAJO EMERGENCY MEDICAL SERVICES; DANIEL D. NELSON; LINCOLN JOHNSON; HERMAN BUTLER; NOAH BROCK; and LUCINDA CRANK-CREAGER<br><br>Defendants. | NO.   CIV98-0838 PHX ~~RGS~~ JAT<br><br>**ORDER RELEASING BOND** |

IT IS ORDERED releasing the bond in the amount of $10.00 deposited on behalf of Evelyn Begay, Guardian *Ad Litem,* plus any applicable interest.

DATED: 23 OCT 01

_____
Judge JAMES A TEILBORG USDJ